# IN THE SUPREME COURT OF THE STATE OF NEVADA

TYSON RAYL ROBINSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 75108

FILED

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from the district courts ordered to vacate." Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from an order vacating a status check hearing and closing the case. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order in the underlying matter. Accordingly, we conclude that we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-14424

cc:  Hon. Linda Marie Bell, District Judge
     Tyson Rayl Robinson
     Attorney General/Carson City
     Eighth District Court Clerk